UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------- x
:
**ROBERT WINKLES** :
**on behalf of himself and** :
**similarly situated employees,** :
: Civil Action No. 2:19-cv-00825 CB
:
*Plaintiff*, :
:
v. : **Electronically Filed**
:
:
**HARBOR FREIGHT TOOLS USA, INC.,** :
:
*Defendant.* :
:
---------------------------------------------------- X

## STIPULATION OF DISMISSAL, WITHOUT PREJUDICE, FOR PURPOSES OF TRANFERRING TO ARBITRATION

The Parties hereby stipulate to the dismissal of this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs and fees, for the purpose of transferring Plaintiff's claims to arbitration.

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph H. Chivers<br>Joseph H. Chivers, Esquire<br>The Employment Rights Group, LLC<br>100 First Avenue, Suite 650<br>Pittsburgh, PA  15222<br>Telephone: (412) 227-0763<br>jchivers@employmentrightsgroup.com<br><br>*Counsel for Plaintiff*<br>*and all others similarly situated* | /s/ Jennifer G. Betts<br>Jennifer G. Betts, Esquire<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>One PPG Place, Suite 1900<br>Pittsburgh, PA 15222<br>Telephone: (412) 246-0153<br>jennifer.betts@ogletree.com<br><br>*Counsel for Defendant*<br>*Harbor Freight Tools USA, Inc.* |

DATED: October 21, 2019